# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 22 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| GARY BLACKWELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:09CV00066 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | By: James P. Jones |
| **SECURITY,** ) | United States District Judge |
| ) | |
| Defendant. ) | |

It appearing that no objections have been timely filed to the Report filed January 26, 2011, setting forth the findings and recommendations of the magistrate judge, it is

**ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2. Attorneys' fees are awarded to the plaintiff under the provisions of the Equal Access to Justice Act in the amount of $1,056.25, along with costs and expenses in the amount of $366.62, for a total of $1,422.87.

3. This amount will be paid under the procedure set forth in the Stipulation of the parties filed January 20, 2011.

ENTER: February 22, 2011

/s/ James P. Jones
United States District Judge