CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 19 2012

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| **GARY BLACKWELL** | ) | |
| Plaintiff, | ) | Civil Action No. 1:09cv00066 |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | |
| **Commissioner of Social Security,** | ) | By: JAMES P. JONES |
| Defendant. | ) | UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report filed March 1, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;
2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $7,500.00; and
3. Plaintiff's counsel shall refund to Blackwell the $1,056.25 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: March 19, 2012.

[signature]
United States District Judge