CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAR 19 2012

JULIA C. DUDLEY, CLERK
BY: /s/ *illegible*
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| GARY BLACKWELL<br>Plaintiff, | Civil Action No. 1:09cv00066 |
| v. | **ORDER** |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | By: James P. Jones<br>United States District Judge |

It appearing that no objections have been timely filed to the Report filed March 1, 2012, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. Attorneys' fees are awarded to the plaintiff under the provisions of 42 U.S.C.A. § 406(b) in the amount of $7,500.00; and

3. Plaintiff's counsel shall refund to Blackwell the $1,056.25 previously awarded pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d).

ENTER: March 19, 2012.

/s/ James P. Jones
United States District Judge